**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TINNUS ENTERPRISES, LLC** | § | |
| | § | |
| v. | § | **CASE NO. 6:17cv361-RWS-JDL** |
| | § | |
| **WAL-MART STORES, INC. d/b/a** | § | |
| **WAL-MART; WALGREENS BOOTS** | § | |
| **ALLIANCE, INC.; AND LOVE'S** | § | |
| **TRAVEL STOPS & COUNTRY** | § | |
| **STORES, INC.** | | |

## FINAL JUDGMENT

Pursuant to the Notice of Voluntary Dismissal, the Court hereby enters Final Judgment. Plaintiff Tinnus Enterprises, LLC filed suit against Defendants Wal-Mart Stores, Inc. d/b/a Wal-Mart, Walgreens Boots Alliance, Inc.; and Love's Travel Stops & Country Stores, Inc. on June 16, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 14th day of May, 2018.**

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE